UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: <u>SEAN PAGE</u>                                                                    Chapter 13
          Debtor(s),                                                                           Case No. <u>10-10292-FJB</u>

AGREED ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

      CAME ON FOR CONSIDERATION the Chapter 13 Trustee's motion to dismiss ("Motion") the case of the above captioned debtor(s), and it appearing that the parties have reached an agreement as to the Motion, it is hereby

      **ORDERED THAT IF THE DEBTOR FAILS: I) TO PAY TO THE TRUSTEE BY CERTIFIED FUNDS, BANK CHECK OR MONEY ORDER THE SUM OF $1,155.00 BY NOON[1] ON <u>March 31, 2014</u>; AND IN ADDITION II) TO REMAIN CURRENT DURING THE PENDENCY OF THIS AGREED ORDER ON THE DEBTOR(S) MONTHLY PAYMENT OF $385.00 TO THE TRUSTEE, THIS CHAPTER 13 CASE WILL BE DISMISSED BY THE CLERK OF THE COURT UPON AFFIDAVIT OF THE TRUSTEE, WITHOUT HEARING, AND IT IS FURTHER**

      ORDERED that the debtor(s) shall file no response to the Trustee's affidavit that does not contain a dispute of fact that said payments were timely made. Any response must be filed within 10 days of the filing by the Trustee and supported by an affidavit of the debtor(s).

      ORDERED that this order is without prejudice as to the Trustee or the United States Trustee's right to be heard on any matter within their purview, by written pleading or otherwise.

      Signed at Boston, Massachusetts, this _____ day of _____, 2014.

                                                                   _____
                                                                   United States Bankruptcy Judge  01/08/2014

AGREED TO AS TO SUBSTANCE AND FORM:

| | |
|---|---|
| Carolyn A. Bankowski | Debtor/Debtors' Attorney |
| Standing Chapter 13 Trustee | |
| | |
| By: /s/ Carolyn A. Bankowski | By: /s/ Richard D. Smeloff |
| Carolyn A. Bankowski, BBO#631056 | Smeloff and Benner, BBO#567869 |
| Patricia A. Remer, BBO#639594 | 100 Grossman Drive |
| Office of the Chapter 13 Trustee | Suite 305 |
| P.O. Box 8250 | Braintree MA 02184 |
| Boston, MA 02114 | (781) 843-2323 |
| (617) 723-1313 | |

---

[1] Payments must be received at P.O. Box 1131, Memphis, TN 38101-1131 by the date indicated. Unless otherwise noted, the arrearage amount does not include the current month.